UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MORRIS OKUN, INC.,

                Plaintiff,

     - against -

SANTIAGO BONILLA d/b/a SMITH PRODUCE,

                Defendant.
-----------------------------------------------------------------X

Case No. 12-cv-6403 (CM)

**ORDER AND JUGMENT**

      **UPON CONSIDERATION** of the complaint filed by plaintiff Morris Okun, Inc. ("Plaintiff"), the answer filed by defendant *pro se* Santiago Bonilla d/b/a Smith Produce ("Defendant"), the discussion had before the Court with the participation of both parties on December 7, 2012 wherein Defendant acknowledged the debt due Plaintiff, admitted that he has no defense to Plaintiff's claims and consented the entry of a judgment against him, and upon all of the other papers and proceedings heretofore had herein, it is by the Court,

      **ORDERED, ADJUDGED, AND DECREED**, the Plaintiff is a creditor of Defendant for a debt in the principal amount of $95,135.50 plus interest and attorneys' fees, under Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c); and it is further

      **ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c), in favor of Plaintiff, Morris Okun, Inc., and against Defendant, Santiago Bonilla d/b/a Smith Produce, in the principal amount of $95,135.50 plus pre-judgment interest in the amount of $8,421.18 and attorneys' fees in the amount of $5,000.00, for a total judgment of $108,556.68; and it is further,

//
//
//

12/7/12

12.7.12

**ORDERED, ADJUDGED AND DECREED** that the judgment entered in favor of Plaintiff and against Defendant is a final judgment, and there being no just cause for delay, plaintiff may have immediate execution therefore.

Dated: 12/7/2012

_____
Hon. Colleen McMahon